UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CEDRIC BISHOP And On Behalf of All Other
Persons Similarly Situated,

                              Plaintiffs,

      -against-

SABRE YACHTS

                              Defendant.
-----------------------------------------------------------------X

Index No.:19-cv-01265
**Stipulation of Dismissal**

      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff(s), CEDRIC BISHOP, and Defendant, SABRE YACHTS, in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
         June 18, 2019

PERKINS THOMPSON

_____
Dawn M. Harmon, Esq.
One Canal Plaza, PO Box 426
Portland, ME 04112
(207) 400-8119
Attorneys for Defendant

GOTTLIEB & ASSOCIATES

_____
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
(212) 228-9795
Attorneys for Plaintiffs

SO ORDERED:


_____
United States District Court Judge